IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  5:18-cr-00362 |
| Plaintiff, | ) | |
| v. | ) | Senior Judge Christopher A. Boyko |
| ELIJAH FRINK, | ) | |
| Defendant. | ) | <u>ORDER</u> |

This matter was before the Court on June 21, 2022, for hearing on the Government's request for revocation of Defendant Elijah Frink supervised release. The Defendant was present and represented by counsel.

A Supervised Release Violation hearing was held by Magistrate Judge William H. Baughman, Jr. on March 4, 2022, at which time the Defendant was found probable cause set forth on the record to the following violations:

Violation 1: New Law Violation;

Violation 2: Failure to Report Law Enforcement Contact within 72 Hours;

Violation 3: Failure to Follow Probation Officer's Directives;

Violation 4: Failure to Comply with Substance Abuse Aftercar;

Violation 5: Unauthorized Use of Drugs and

Violation6: Failure to Comply With Cognitive Behavioral Treatment.

The Magistrate Judge issued a Report and Recommendation on March16, 2022. The Court adopts the Magistrate Judge's Report and Recommendation.

The Court finds Defendant in violation of Violations No. 1, 2, 3, 4, 5 and 6 revokes supervised release. The Defendant sentenced to custody of the Bureau of Prisons for 9 months. No further period of supervised release to follow.

The defendant shall surrender to the United States Marshal for this district, as notified by the United States Marshal.

IT IS SO ORDERED.

                                              s/ Christopher A. Boyko
                                              CHRISTOPHER A. BOYKO
                                              SENIOR UNITED STATES DISTRICT JUDGE

DATED: June 21, 2022